# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

138824 (91)(92)(94)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TIMOTHY PIERRON,
   Plaintiff-Appellant,

v

             SC: 138824
             COA: 282673
             Wayne CC: 99-920324-DM

KELLY PIERRON,
   Defendant-Appellee.

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The motion to strike the defendant's non-record affidavit is also GRANTED because it contains information that is not part of the record on appeal. MCR 7.210(A)(1). The motion to vacate, in part, the Court's July 17, 2009 order is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

Clerk

s0916